DEFENDANT: Daniel Rivera-Munoz

YOB: 1989

COMPLAINT FILED?   __x__ Yes   _____ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   __x__ No

OFFENSE(S): COUNT 1: 18 U.S.C. 922(g)(5) - Possession of a Firearm by an Alien Unlawfully in the United States.

LOCAT. OF OFFENSE: La Plata County, Colorado

PENALTY: COUNT 1: NMT 15 years imprisonment; NMT three years supervised release; a maximum fine of $250,000; and a $100 mandatory victim's fund assessment fee.

AGENT: Special Agent Joe Crawford, HSI

AUTH. BY: Jeffrey K. Graves, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   ____ over five days   ____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:   ___ Yes   _X_ No