IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Case No.:   25-cr-81-GPG-JMC**

UNITED STATES OF AMERICA,
    Plaintiff

v.

DANIEL RIVERA-MUNOZ,
    Defendant.

## NOTICE OF DISPOSITION

**COMES NOW** the Defendant, DANIEL RIVERA-MUNOZ, by and through counsel, and provides written notice to the Court that the parties have reached a final agreement for DANIEL RIVERA-MUNOZ to enter a guilty plea in this matter. The parties jointly request this matter be set for a change of plea hearing at the convenience of the Court.

Please take notice that undersigned counsel will be out of the State from April 30, 205 through May 11, 2025.

Respectfully submitted on this <u>30th</u> day of <u>April, 2025.</u>

                                        /s/ ***Wade M. Whidden***
                                        _____
                                        Wade M. Whidden, Esquire
                                        Whidden Law
                                        1911 Main Ave., Ste. 272
                                        Durango, CO 81301
                                        Phone: (970) 712-5850
                                        Fax: (813) 659-5269
                                        Colorado Bar No.  46866
                                        Florida Bar No.  0120707
                                        wade@whiddenlegal.com

## CERTIFICATE OF ELECTRONIC FILING / SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed electronically via the District Court of Colorado's CM/ECF filing system with no restrictions on electronic service to the designated parties on this 30th day of April, 2025.

/s/ **Wade M. Whidden**

_____
Wade M. Whidden, Esquire
Whidden Law
1911 Main Ave., Ste. 272
Durango, CO 81301
Phone: (970) 712-5850
Fax: (813) 659-5269
Colorado Bar No. 46866
Florida Bar No. 0120707
wade@whiddenlegal.com